UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**ROBERT J. HAACK,**
        **Petitioner,**

v.                                                   **Case No. 15-cv-0144**

**MICHAEL HAFEMANN, Superintendent,**
**Milwaukee House of Corrections,**
        **Respondent.**
_____

## ORDER

Petitioner Robert Haack, pro se, filed a petition for a writ of habeas corpus in February 2015, without the required $5.00 filing fee or a petition for leave to proceed without prepayment of the fee. The Clerk of Court sent petitioner a letter asking him to pay the filing fee or request leave to proceed without prepayment of the fee within twenty-one days. When petitioner did neither, I issued an order on April 27, 2015, warning petitioner that if he did not pay the filing fee or request leave to proceed without prepayment of the fee within twenty-one days, I may dismiss his case. As of the date of this order, petitioner has still done neither. In fact, petitioner has not submitted anything in this case since first filing his petitioner in February 2015. From his failure to pay the filing fee and respond to my order, I will infer that plaintiff no longer wishes to prosecute this action. *See* Fed. R. Civ. P. 41(b).[1]

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED** without prejudice.

---

[1] I also note that my April 27, 2015 Order, which was mailed to petitioner at the Milwaukee House of Corrections, was returned as undeliverable. *See* Docket #5. Presumably, petitioner is no longer incarcerated at the Milwaukee House of Corrections and did not inform the court of his change in address.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge